# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALERI BEAHM, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 12-01282 |
| | : | |
| TIM BURKE, ET AL., | : | |
| Defendants. | : | |
| | : | |

## O R D E R

**AND NOW**, this 7th day of November 2013, upon consideration of defendants' motion for summary judgment and their brief in support thereof (Doc. No. 14), as well as responses thereto, it is hereby **ORDERED** that summary judgment is **GRANTED** in favor of the defendants and against the plaintiff.

The Clerk of Court is directed to CLOSE the above-captioned case.

BY THE COURT:


/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.